# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA GRIMES, *et al.*, | Case No. 1:25-cv-01805-JLT-CDB |
| Plaintiffs, | ORDER ON STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, *et al.*, | (Doc. 5) |
| Defendants. | |

On December 10, 2025, Plaintiffs Melissa Grimes and Carlos Campbell, individuals as successors in interest to decedent Malik Joshua Campbell ("Plaintiffs"), initiated this action with the filing of a complaint against Defendants California Department of Corrections and Rehabilitation ("CDCR") and Jason E. Relocke, Warden of California Correctional Institution (collectively, "Defendants"). (Doc. 1).

Pending before the Court is the parties' stipulated request, filed on December 30, 2025, to extend the time for Defendants to respond to Plaintiff's complaint from January 2, 2026, to February 16, 2026. (Doc. 5). The parties represent that newly assigned counsel for Defendants requires additional time to review the case and prepare a responsive pleading. *Id.* ¶ 4.

///

///

**Conclusion and Order**

In light of the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that Defendants shall file a response to the complaint no later than **February 16, 2026**. IT IS SO ORDERED.

Dated:   **December 31, 2025**

UNITED STATES MAGISTRATE JUDGE