UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MELISSA GRIMES, *et al.*,

                Plaintiffs,

      v.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, *et al.*,

                Defendants.

Case No. 1:25-cv-01805-JLT-CDB

ORDER ON SECOND STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT

(Doc. 14)

On December 10, 2025, Plaintiffs Melissa Grimes and Carlos Campbell, individuals as successors in interest to decedent Malik Joshua Campbell ("Plaintiffs"), initiated this action with the filing of a complaint against Defendants California Department of Corrections and Rehabilitation ("CDCR") and Jason E. Relocke, Warden of California Correctional Institution (collectively, "Defendants"). (Doc. 1).

Pending before the Court is the parties' second stipulated request, filed on February 12, 2026, to extend the time for Defendants to respond to Plaintiff's complaint from February 16, 2026, to March 18, 2026. (Doc. 14). The parties represent that counsel require additional time, due to impacted schedules, to meet and confer regarding alleged deficiencies in Plaintiffs' complaint. *Id.* ¶¶ 4-6.

///

**Conclusion and Order**

In light of the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that Defendants shall file a response to the complaint no later than **March 18, 2026**.

IT IS SO ORDERED.

Dated:   **February 13, 2026**   _____

UNITED STATES MAGISTRATE JUDGE