UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA GRIMES,<br><br>    Plaintiff,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, *et al.*,<br><br>    Defendants. | Case No. 1:25-cv-01805-CDB<br><br>ORDER ON STIPULATION AND CONTINUING INITIAL SCHEDULING CONFERENCE<br><br>(Doc. 18) |

On December 10, 2025, Plaintiffs Melissa Grimes and Carlos Campbell, individuals as successors in interest to decedent Malik Joshua Campbell ("Plaintiffs"), initiated this action with the filing of a complaint against Defendants California Department of Corrections and Rehabilitation ("CDCR") and Jason E. Relocke (collectively, "Defendants").  (Doc. 1).

Pending before the Court is Plaintiffs' and Defendant CDCR's third stipulated request, filed on March 3, 2026, to extend the time for CDCR to respond to Plaintiffs' complaint from March 18, 2026, to May 1, 2026.  (Doc. 18).  Plaintiffs and CDCR represent that Plaintiffs intend to file an amended complaint and CDCR will need additional time to review the amended complaint and meet and confer with Plaintiffs in the event of any deficiencies.  *Id.* ¶¶ 5-7. Plaintiffs and CDCR also request that the initial scheduling conference, currently set for March 11, 2026, be continued to May 13, 2026.  *Id.* at 2.

Because the parties provide no proposed timeline by which Plaintiffs shall file any amended complaint, the Court will set such a deadline, from which Defendants' deadline to file a responsive pleading will follow (*see* Fed. R. Civ. P. 15(a)(3)).

**Conclusion and Order**

In light of the stipulation and good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiffs shall file any amended complaint no later than **March 24, 2026.**

2. Defendant CDCR shall file its response to Plaintiffs' operative complaint no later than **April 15, 2026**.

3. The scheduling conference set for March 11, 2026, is continued to **May 13, 2026, at 9:00 a.m.**  As previously directed (Doc. 3), the parties shall file a joint scheduling report at least one week prior to the conference.

IT IS SO ORDERED.

Dated:    **March 4, 2026**    _____
UNITED STATES MAGISTRATE JUDGE

2