UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA GRIMES, *et al.*,<br><br>          Plaintiffs,<br><br>   v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, *et al.*,<br><br>          Defendants. | Case No. 1:25-cv-01805-CDB<br><br>ORDER ON STIPULATION AND CONTINUING INITIAL SCHEDULING CONFERENCE<br><br>(Doc. 21)<br><br>ORDER DIRECTING PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT CORRECTING CASE CAPTION<br><br>**7-Day Deadline** |

On December 10, 2025, Plaintiffs Melissa Grimes and Carlos Campbell, individuals as successors in interest to decedent Malik Joshua Campbell ("Plaintiffs"), initiated this action with the filing of a complaint against Defendants California Department of Corrections and Rehabilitation ("CDCR") and Jason E. Relocke. (Doc. 1). On March 24, 2026, Plaintiffs filed a first amended complaint, purporting to add as Defendant Brian Cates and purporting to terminate Jason E. Relocke. *See* (Doc. 20).

Pending before the Court is Plaintiffs' and Defendant CDCR's stipulated request, filed on April 14, 2026, to extend the time for CDCR to respond to Plaintiffs' first amended complaint from April 15, 2026, to April 29, 2026. (Doc. 21). Plaintiffs and CDCR represent that, as Plaintiffs' amended complaint is lengthy, CDCR requires additional time to evaluate the

pleadings prior to filing a response. *Id.* ¶ 5. Plaintiffs and CDCR also provide that newly added Defendant Brian Cates has not yet been served with summons and complaint or made an appearance. *Id.* ¶ 6. The parties state, for these reasons, an initial scheduling conference is not yet appropriate. *Id.* ¶ 7.

For good cause appearing, the Court will grant the parties' stipulated request in part.

The undersigned notes that although the body of Plaintiffs' first amended complaint purports to charge newly-added Defendant Cates, that person was not added to the complaint's caption. Similarly, although it appears Plaintiffs intended to terminate Defendant Relocke given the absence of allegations concerning him in the body of the complaint, his name remains in the complaint's caption.

The Clerk of the Court is unable to issue summons and to update the docket unless Plaintiffs' operative complaint correctly identifies Defendants in the case caption. Accordingly, the Court will direct Plaintiffs to file a second amended complaint to correct the case caption.

**Conclusion and Order**

In light of the stipulation and good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiffs shall file a second amended complaint correcting the case caption no later than **April 23, 2026**.

2. Defendant CDCR shall file its response to Plaintiffs' forthcoming second amended complaint **within 21 days** of the filing of the second amended complaint.

3. The scheduling conference set for May 13, 2026, is continued to **June 16, 2026, at 10:00 a.m.** As previously directed (Doc. 3), the parties shall file a joint scheduling report at least one week prior to the conference.

IT IS SO ORDERED.

Dated:    **April 15, 2026**                    _____

UNITED STATES MAGISTRATE JUDGE

2